**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CARRIE SCHMITT,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-11880

Judge Jeffrey I. Cummings

Magistrate Judge Daniel P. McLaughlin

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 3 | WKISHENL Today's Deals Clearance |
| 15 | MSDMYony |
| 45 | fangquxingwanju |
| 25 | GXLONG Lightning Deals of Today 2024 Halloween |
| 4 | ★★★★★HONQI(✈✈7-15 Days) |
| 5 | ★★★★★ Deals of The Day Clearance |
| 8 | ★★★★★TEENtime(✈✈ 7-15 Days) |
| 9 | DASALA-Lightning Deals of Today Clearance 2024 |
| 14 | Niooum |
| 16 | HUAUWY |
| 18 | ★★★★★ZHULUH(✈7-14 Days) |
| 19 | SanDiDa |
| 24 | FUBUYDE Sales Today Clearance |
| 31 | ★★★★★lightning deals of today prime \| Leirke |
| 33 | Prime Day Deals Today 2024 XXONLNN |
| 34 | FWBNUIF |
| 35 | zwzmcf |
| 36 | FEGLAN |
| 37 | Hanniya Lightning Deals Today 2024 Clearance Sales |

| 38 | TAQUAN |
|----|--------|
| 42 | JINYSH |
| 48 | ErDongEE |
| 49 | RTJTGXF |
| 10 | FuYangJia |
| 46 | K_lioy |
| 1 | MengMengQiuYu |
| 23 | FengZhiQingYu |
| 28 | CHENCHENGKEJI |
| 40 | Geleglaer Outfit |

DATED: December 27, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 27, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt